**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-7126**

———————

UNITED STATES OF AMERICA,

                                         Plaintiff - Appellee,

      versus

CARL BENIT COOPER,

                                       Defendant - Appellant.

———————

Appeal from the United States District Court for the District of South Carolina, at Charleston. Falcon B. Hawkins, Senior District Judge. (CR-95-206)

———————

Submitted: October 10, 2002        Decided: October 21, 2002

———————

Before WILLIAMS, KING, and GREGORY, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Carl Benit Cooper, Appellant Pro Se. Lee Ellis Berlinsky, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, South Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Carl Benit Cooper appeals the district court's order denying his motion filed under Rule 60(b) of the Federal Rules of Civil Procedure.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>United States v. Cooper</u>, No. CR-95-206 (D.S.C. filed July 15, 2002; entered July 16, 2002).  We deny Cooper's motion for general relief.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>